# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0109
Lower Tribunal No. 20-CA-7978

_____

DUSTIE DAWN STEPAN,

Appellant/Cross-Appellee,

v.

MIKE GATO, INC. d/b/a GATTO'S TIRES AND AUTO SERVICE,

Appellee/Cross-Appellant.

_____

Appeal from the Circuit Court for Orange County.
Brian S. Sandor and Vincent S. Chiu, Judges.

November 18, 2025

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant/Cross-Appellee.

Carri S. Leininger and Nicole Nicholette Mace, of Williams, Leininger & Cosby, PA, N. Palm Beach, for Appellee/Cross-Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED